STATE OF CONNECTICUT *v.* HERMAN FISHMAN

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Sidney Vogel,* in support of the petition.

Submitted April 25—decided May 15, 1963

NORWALK DOOR CLOSER COMPANY, INC. *v.* EAGLE LOCK AND SCREW COMPANY

EAGLE LOCK AND SCREW COMPANY *v.* NORWALK DOOR CLOSER COMPANY, INC.

The motion by Norwalk Door Closer Company, Inc., in each case to restore the record to the condition which existed prior to the trial court's granting of the motion to correct and the issuance of orders thereunder is granted.

The motion by Norwalk Door Closer Company, Inc., in the second case to dismiss the appeal from the Superior Court in Litchfield County is granted.

*Donald L. Rome,* for Norwalk Door Closer Company, Inc. (plaintiff in the first case and defendant in the second).

*Colin C. Tait,* for Eagle Lock and Screw Company (defendant in the first case and plaintiff in the second).